# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-10905

WILMA KEY,

Plaintiff-Appellee,

versus

TEXAS TECH UNIVERSITY,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas, Lubbock Division

(5:96-CV-149-C)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit
Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.